

FILED

08 JUN 13 AM 9:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 1834**

The person charged as MENDEZ-Ponce, Jose Manuel now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Oregon on with Title 21 USC 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(vii), 843(b), 846, 853, 952, 960, 963, 28 USC 2461(c), in violation of:

Conspiracy to Import, Manufacture, Possess and Distribute Controlled Substances

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 6/12/08

VAN D. BAYLESS
CI - Deputy United States Marshal

Reviewed and Approved

DATE: June 13, 2008

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

**UNDER SEAL**

UNITED STATES OF AMERICA

V.

JOSE MANUEL MENDEZ-PONCE

**WARRANT FOR ARREST**

Case Number: 3:07-CR-403-18-HA

a true and correct copy of original

FEB 2 8 2008

Sheryl S. McConnell, Clerk
/s/ (Deputy)

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jose Manuel Mendez-Ponce, aka Yiyo, Gigo, and Yillo**

and bring him or her forthwith to the nearest magistrate to answer a(n)

**XX** Indictment  __ Information  __ Order of Court  __ Violation Notice  __ Probation Violation Petition

charging him or her with: Conspiracy to Import, Manufacture, Possess and Distribute Controlled Substances

in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(vii), 843(b), 846, 853, 952, 960, 963, 28 USC 2461(c) and 18 USC 922(g)(1) & 924(d)

| Sheryl S. McConnell | Clerk, US District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ M. Kirkland | February 28, 2008, Portland, Oregon |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **PRETRIAL DETENTION REQUESTED**     by **Magistrate Judge Janice M. Stewart**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNDER SEAL**

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

JOSE MANUEL MENDEZ-PONCE

Case Number: 3:07-CR-403-18-HA

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Jose Manuel Mendez-Ponce, aka Yiyo, Gigo, and Yillo</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

<u>XX</u> Indictment  __ Information  __ Order of Court  __ Violation Notice  __ Probation Violation Petition

charging him or her with: Conspiracy to Import, Manufacture, Possess and Distribute Controlled Substances

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(vii), 843(b), 846, 853, 952, 960, 963, 28 USC 2461(c) and 18 USC 922(g)(1) & 924(d)</u>

Sheryl S. McConnell
Name of Issuing Officer

M. Kirkland
Signature of Issuing Officer

<u>Clerk, US District Court</u>
Title of Issuing Officer

<u>February 28, 2008, Portland, Oregon</u>
Date and Location

**Bail fixed at $ <u>PRETRIAL DETENTION REQUESTED</u>**     by <u>Magistrate Judge Janice M. Stewart</u>
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

FILED'06 FEB 27 15:22USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO GARCIA-ROJO,<br>aka Rene Garcia-Vasquez, and Chino;<br><br>APOLINAR ALMONTE-VAZQUEZ,<br>aka Lionires Castaneda-Magana, Jorge Torres-Chavez, Chopa, and Jesus Gutierrez-Torres;<br>ABRAHAM AREVALO-MAGANA, aka Piteka;<br><br>JOSE MORALES-HERNANDEZ, aka Rambo;<br>JOSE SOTO-GARCIA;<br>ARMANDO VALDESPINO-ROMERO, aka Teto;<br>NOE LEDESMA-GARCIA, aka Chivo, and Chivas;<br><br>AUGUSTIN GERMAN MAYORGA,<br>aka Danny Crane;<br>RODY JOCSAN ROMERO-TORRES, aka Soya;<br>ADEMIR HERNANDEZ-ARCIGA, aka Almiro;<br>PEDRO ECHEVERRIA-GARCIA, aka Pedrito;<br>JOSE MANUEL MENDEZ-PONCE, aka Yiyo,<br>Gigo, and Yillo;<br>YUDEL OMAR SANCHEZ;<br>MIGUEL ANGEL MURILLO-ALMONTE,<br>aka Zorillo;<br>RAUL HERNANDEZ-TORRES;<br>JOSE HERNANDEZ-TORRES;<br>DAVID FLORES; and<br>JOSE MANUEL PEREZ-CRUZALEY,<br>aka Cuate,<br><br>Defendants. | NO.  CR 07-403-HA<br><br>FOURTH SUPERSEDING<br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(ii)<br>21 U.S.C. § 841(b)(1)(A)(viii)<br>21 U.S.C. § 843(b)<br>21 U.S.C. § 846<br>21 U.S.C. § 853<br>21 U.S.C. § 952<br>21 U.S.C. § 960<br>21 U.S.C. § 963<br>28 U.S.C. § 2461(c)<br><br>*REDACTED* |

ATTACHMENT 1
PAGE 1

THE GRAND JURY CHARGES:

**COUNT 1 - Conspiracy to Import, Manufacture, Possess and Distribute Controlled Substances**

Beginning at a time unknown within 2004, and continuing through the date of this indictment, within the District of Oregon and elsewhere,

RICARDO GARCIA-ROJO, aka Rene Garcia-Vasquez, and Chino;

APOLINAR ALMONTE-VAZQUEZ, aka Lionires Castaneda-Magana, Jorge Torres-Chavez, Chopa, and Jesus Gutierrez-Torres; ABRAHAM AREVALO-MAGANA, aka Piteka;

JOSE MORALES-HERNANDEZ, aka Rambo; JOSE SOTO-GARCIA; ARMANDO VALDESPINO-ROMERO, aka Teto; NOE LEDESMA-GARCIA, aka Chivo, and Chivas; AUGUSTIN GERMAN MAYORGA, aka Danny Crane; RODY JOCSAN ROMERO-TORRES, aka Soya; ADEMIR HERNANDEZ-ARCIGA, aka Almiro; PEDRO ECHEVERRIA-GARCIA, aka Pedrito; JOSE MANUEL MENDEZ-PONCE, aka Ylyo, Gigo, and Yillo; YUDEL OMAR SANCHEZ; MIGUEL ANGEL MURILLO-ALMONTE, aka Zorillo; RAUL HERNANDEZ-TORRES; JOSE HERNANDEZ-TORRES; DAVID FLORES; and JOSE MANUEL PEREZ-CRUZALEY, aka Cuate, defendants herein, knowingly and

Received at: 11:57AM, 6/13/2008

06-13-2008  11:52AM  FROM-                                    T-867  P.015/021  F-358

intentionally combined, conspired, confederated and agreed with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States:

    1.    to manufacture, possess with intent to distribute, and to distribute methamphetamine, a Schedule II controlled substance, in an amount greater than 50 grams of pure methamphetamine or 500 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii);

    2.    to possess with intent to distribute, and to distribute cocaine, a Schedule II controlled substance, in an amount greater than 5 kilograms of a mixture and substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii);

    3.    to import into the United States from a place outside of the United States, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952 and 960; and

    4.    to use communication facilities, specifically cellular telephones, in committing, causing and facilitating the commission of violations of Title 21, United States Code, Sections 841(a)(1), 952 and 960, as set forth above, in violation of Title 21, United States Code, Section 843(b).

All in violation of Title 21, United States Code, Sections 846 and 963.

Page 3 - FOURTH SUPERSEDING INDICTMENT

## CRIMINAL FORFEITURE OF FIREARMS AND AMMUNITION ALLEGATION

Upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, defendants                ; RICARDO GARCIA-ROJO, aka Rene Garcia-Vasquez, and Chino; )
                                                                 ; APOLINAR ALMONTE-VAZQUEZ, aka Lionires Castaneda-Magana, Jorge Torres-Chavez, Chopo, and Jesus Gutierrez-Torres; ABRAHAM AREVALO-MAGANA, aka Piteka;                       JOSE MORALES-HERNANDEZ, aka Rambo; JOSE SOTO-GARCIA; ARMANDO VALDESPINO-ROMERO, aka Teto; NOE LEDESMA-GARCIA, aka Chivo, and Chivas) -
      ; AUGUSTIN GERMAN MAYORGA, aka Danny Crane; RODY JOCBAN ROMERO-TORRES, aka Soya; ADEMIR HERNANDEZ-ARCIGA, aka Almiro; PEDRO ECHEVERRIA-GARCIA, aka Pedrito; JOSE MANUEL MENDEZ-PONCE, aka Yiyo, Gigo, and Yllo; YUDEL OMAR SANCHEZ; MIGUEL ANGEL MURILLO-ALMONTE, aka Zorillo; RAUL HERNANDEZ-TORRES; JOSE HERNANDEZ-TORRES; DAVID FLORES; and JOSE MANUEL PEREZ-CRUZALEY, aka Cuate, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including the following:

1. Fabrique Nationale (FN) 5.7 handgun, Serial Number (SN) 386150981
2. FN 5.7 handgun, SN 386149766;

Page 4 - FOURTH SUPERSEDING INDICTMENT

ATTACHMENT 1
PAGE 4

3.  Mossberg 500 A 12 gauge pump action shotgun with pistol grip, SN R354262;

4.  Sig Sauer P229 .40 caliber semi-automatic handgun SN AK14509 and one full box of ammunition;

5.  Beretta Model 84 semi-automatic handgun .380 caliber SN H22478Y with three magazines;

6.  Ruger Mark II .22 caliber semi-automatic handgun SN 218-46378 with two loaded magazines;

7.  Walther P-99 semi-automatic handgun, SN 050993 with two magazines;

8.  Ruger 17HMR .22 caliber bolt action rifle SN 703-08057 with Banner scope, sling;

9.  Winchester rifle .22 short caliber, Model 1902, SN unknown;

10. Smith and Wesson model SW40V, .40 S&W caliber semi-automatic handgun SN PAM8704, .40 handgun magazine; 12 gauge shotgun shells, .44 caliber ammunition;

11. 7.62 x 39mm semi-automatic rifle with magazine, SN 20000235 with black composite folding stock;

12. Mossberg 12 gauge shotgun, SN R707939;

13. Glock 22 handgun SN FWC170, and magazine; and

14. 9mm Browning SN unknown, Browning magazine with 13 9mm rounds,

which have previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment,

RICARDO GARCIA-ROJO,

Page 5 - FOURTH SUPERSEDING INDICTMENT

ATTACHMENT 1
PAGE 5

aka Rene Garcia-Vasquez, and Chino;

APOLINAR ALMONTE-VAZQUEZ, aka Lionires Castaneda-Magana, Jorge Torres-Chavez, Chopa, and Jesus Gutierrez-Torres; ABRAHAM AREVALO-MAGANA, aka Piteka; JOSE MORALES-HERNANDEZ, aka Rambo; JOSE SOTO-GARCIA; ARMANDO VALDESPINO-ROMERO, aka Teto; NOE LEDESMA-GARCIA, aka Chivo, and Chivas; ; AUGUSTIN GERMAN MAYORGA, aka Danny Crane; RODY JOCSAN ROMERO-TORRES, aka Soya; ADEMIR HERNANDEZ-ARCIGA, aka Almiro; PEDRO ECHEVERRIA-GARCIA, aka Pedrito; JOSE MANUEL MENDEZ-PONCE, aka Yiyo, Gigo, and Yillo; YUDEL OMAR SANCHEZ; MIGUEL ANGEL MURILLO-ALMONTE, aka Zorillo; RAUL HERNANDEZ-TORRES; JOSE HERNANDEZ-TORRES; DAVID FLORES; and JOSE MANUEL PEREZ-CRUZALEY, aka Cuate, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following assets:

1. **MONEY JUDGMENT**

A forfeiture of $1,000,000.00 representing a portion of the proceeds of defendants' criminal activity and/or was used to facilitate defendants' criminal activity and/or was involved

in defendants' criminal activity in violation of Title 21, United States Code, Section 841(a)(1) as set forth in the Third Superseding Indictment.

2. **REAL PROPERTY**

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 5209 Nightcap Street, S.E., Salem, Oregon, 97306-1178, County of Marion, State of Oregon, more particularly described as: Lot 4 Baxter Addition, Parcel R328271, commonly known as 5209 Nightcap Street, S.E., Salem, Oregon, 97306-1178, County of Marion, State of Oregon.

3. **CURRENCY**

   a. $2,150.00 in United States currency seized from David Flores.

   b. $2,096.00 United States currency seized from Miguel Angel Murillo-Almonte.

   c. $2,400.00 in United States currency seized from Ricardo Garcia-Rojo, aka Rene Garcia-Vasquez, and Chino.

   d. $8,740.00 United States currency seized from Yudel Omar Sanchez.

   e. $1,916.25 in United States currency seized from Jose Morales-Hernandez, aka Rambo.

   f. $1,286.01 in United States currency seized from Noe Ledesma-Garcia, aka Chivo, Chivas.

   g. $10,750.00 in United States currency seized from 5209 Nightcap Street, S.E., Salem, Oregon.

4. **VEHICLES**

   a. 1999 Honda Civic, Oregon license plate WQL850, VIN: 1HGEJ8143WL113579, registered to David Flores and Patricia Goldsby at 803 East Main Street, Silverton, OR 97381.

Page 7 - FOURTH SUPERSEDING INDICTMENT

ATTACHMENT 1
PAGE 7

    b.    2003 Harley Davidson Road King, Oregon license plate M554502, VIN: 1HD1FBW1X3Y744188, registered to David Flores and Patricia Goldsby at 803 East Main Street, Silverton, OR 97381.

    c.    1994 Ford Mustang, Oregon license plate XRK785, VIN: 1FALP42D0RF231691, David Flores and Patricia Goldsby at 803 East Main Street, Silverton, OR 97381.

    d.    2002 Jeep Liberty, Oregon license place 553DAZ, VIN: 1J4GL59K42W216422, registered to Miguel Murillo-Almonte at 2713 Silverton Road, NE, Salem, OR.

    e.    1999 Acura Integra, green, Oregon license plate 010CVF, VIN: JH4DB7665XS005093, registered to Dominguez Sanchez and Francisco Fidel, at 1075 24th Street, SE, Salem, OR 97301.

\\\

\\\

\\\

Page 8 - FOURTH SUPERSEDING INDICTMENT

ATTACHMENT 1
PAGE 8

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All as provided in Title 21, United States Code, Section 853.

Dated this 27 day of February, 2008.

A TRUE BILL:

_____
OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT, OSB #963144
United States Attorney

_____
GEOFFREY A. BARROW
JENNIFER J. MARTIN, OSB #842851
Assistant United States Attorneys
ADRIAN BROWN, OSB #050206
Special Assistant United States Attorney

Page 9 - FOURTH SUPERSEDING INDICTMENT

ATTACHMENT 1
PAGE 9

KARIN J. IMMERGUT OSB #963144
United States Attorney
District of Oregon
GEOFFREY A. BARROW
Geoffrey.Barrow@usdoj.gov
JENNIFER J. MARTIN
Jennifer.Martin@usdoj.gov
Assistant United States Attorneys
1000 SW 3rd Ave., Suite 600
Portland, OR 97204
Telephone: (503) 727-1000
Attorneys for United States of America

FILED '08 JUN 13 11:26 USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO GARCIA-ROJO,
aka Rene Garcia-Vasquez, and Chino;
APOLINAR ALMONTE-VAZQUEZ,
aka Lionires Castaneda-Magana, Jorge Torres-Chavez, Chopa, and Jesus Gutierrez-Torres;
ABRAHAM AREVALO-MAGANA, aka Piteka;
JOSE MORALES-HERNANDEZ, aka Rambo;
JOSE SOTO-GARCIA;
ARMANDO VALDESPINO-ROMERO, aka Teto;
NOE LEDESMA-GARCIA, aka Chivo, Chivas
ESMERALDA COLMENARES-CHIPREZ;
AUGUSTIN GERMAN MAYORGA,
aka Danny Crane;
RODY JOCSAN ROMERO-TORRES, aka Soya;
ADEMIR HERNANDEZ-ARCIGA, aka Almiro;
PEDRO ECHEVERRIA-GARCIA, aka Pedrito;
JOSE MANUEL MENDEZ-PONCE, aka Yiyo, Gigo and Yillo;
YUDEL OMAR SANCHEZ;
MIGUEL ANGEL MURILLO-ALMONTE
aka Zorillo;
RAUL HERNANDEZ-TORRES;
JOSE HERNANDEZ-TORRES; and
DAVID FLORES.

Defendants.

NO.  CR 07-403-HA

ORDER TO UNSEAL AS TO DEFENDANT JOSE MANUEL MENDEZ-PONCE AND TO RELEASE REDACTED VERSION OF FOURTH SUPERSEDING INDICTMENT

Certified to be a true and correct copy of original filed in my office.
Dated: JUN 13 2008
Sheryl S. McConnell, Clerk
By _____ Deputy

This matter came before the Court upon the motion of the government for an order to unseal JOSE MANUEL MENDEZ-PONCE, aka Yiyo, Gigo and Yillo, as a defendant in this case, and to file a redacted version of the Fourth Superseding Indictment.

Good cause having been shown by the government to unseal the file as to defendant JOSE MANUEL MENDEZ-PONCE, aka Yiyo, Gigo and Yillo, and to file the redacted version of the Fourth Superseding Indictment, the government's motions are hereby granted.

IT IS HEREBY ORDERED that defendant JOSE MANUEL MENDEZ-PONCE, aka Yiyo, Gigo and Yillo, is unsealed as a defendant in this case.

IT IS FURTHER ORDERED that the government's motion to file a redacted version of the Fourth Superseding Indictment is granted. A copy of the redacted version of the Fourth Superseding Indictment is attached to this Order.

DATED this 13th day of June, 2008.

*/s/ Janice M. Stewart*
JANICE M. STEWART
United States Magistrate Judge

Submitted by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW
JENNIFER J. MARTIN
Assistant United States Attorneys

PAGE 2 -   ORDER TO UNSEAL AS TO DEFENDANT JOSE MANUEL MENDEZ-PONCE AND FILE REDACTED VERSION OF FOURTH SUPERSEDING INDICTMENT