## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   MENDEZ-PONCE                    []   08MJ1834

                                   []                           []

The Honorable:    RUBEN B. BROOKS

Atty   KATHRYN THICKSTUN                 for   []   -   CJA

Atty                                     for   []   -

Atty   AUSA: GEORGE MANAHAN              for   []   -

Tape Number: RBB08-1:936-940 (4 mins)

REMOVAL/ID HEARING NOT HELD.
WAIVER OF REMOVAL FILED.
WARRANT OF REMOVAL SUBMITTED.
DEFT ORDERED REMOVED FORTHWITH TO DISTRICT OF OREGON.

Date:   06/26/08

END OF FORM                              by   VTL